# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MOONSHADOWS, a California Limited Partnership; MOONSHADOWS MALIBU, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-01407-RAO<br><br>CLASS ACTION<br><br>Honorable Judge Rozella A. Oliver<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>Complaint filed: February 16, 2021<br>Trial Date:　　　July 5, 2022 |

[Proposed] Order

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Brett DeSalvo and Defendants Moonshadows and Moonshadows Malibu, Inc.'s jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: November 24, 2021

*Rozella A. Oliver*
JUDGE ROZELLA A. OLIVER
U.S. MAGISTRATE COURT JUDGE